IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1855-WYD-MEH

COBBLER NEVADA, LLC,

    Plaintiff,

v.

JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 5,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9
JOHN DOE 10,
JOHN DOE 11,
JOHN DOE 12,
JOHN DOE 14,
JOHN DOE 15,
JOHN DOE 16,
JOHN DOE 17,
JOHN DOE 18,
JOHN DOE 19,
JOHN DOE 20,
JOHN DOE 21,
JOHN DOE 22,
JOHN DOE 23,
JOHN DOE 24,
JOHN DOE 25,
JOHN DOE 26,
JOHN DOE 27,
JOHN DOE 28,
JOHN DOE 29,

    Defendants.

## ORDER DISMISSING PARTY WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal of John Doe 3 (ECF No. 16), with prejudice, filed on October 14, 2015. After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant, John Doe 3 shall be **DISMISSED WITH PREJUDICE** from this action. Accordingly, it is

ORDERED that Defendant, John Doe 3 is **DISMISSED WITH PREJUDICE** from this action. It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of John Doe 3.

Dated: October 15, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge